# United States District Court
## Southern District of Georgia

BURANTE MARQUIS SMITH,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV114-206

OFC. ERIC ANDREWS and OFC. SYLVESTER HAGINS,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on December 9, 2016, the Report and Recommendations of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, Defendants' motion for summary judgment is GRANTED, judgment is hereby ENTERED in favor of the Defendants and this civil action stands CLOSED.



December 9, 2016
Date

Scott L. Poff
Clerk

(By) Deputy Clerk